

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2022

No. 04-21-00491-CV

**IN RE GHK ENTERPRISES, LP AND GLENN H. KOTHMAN**

Original Mandamus Proceeding[1]

**ORDER**

On November 5, 2021, relator filed a petition for writ of mandamus. The real party in interest filed a response to which relator replied. On November 29, 2021, real party in interest filed a motion to dismiss relators' petition for writ of mandamus. The motion to dismiss is denied. On December 6, 2021, relators filed a motion for leave to amend petition for writ of mandamus and sworn record. The motion for leave is granted.

We conditionally grant the petition for writ of mandamus and order the Honorable Lynn Ellison to, within fifteen days of this order, (1) vacate the September 29, 2021 "Order on Rincon's Motion to Compel Inspection of Books and Records" and (2) file a copy of the written order in this court. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Ellison has failed to comply with this order.

It is so **ORDERED** on April 27, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 20-07-00185CVF, styled *GHK Enterprises, L.P. v. Eduardo Rincon*, pending in the 218th Judicial District Court, Frio County, Texas, the Honorable Lynn Ellison presiding.